# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>      Plaintiff,<br><br>    v.<br><br>STEPHEN HENDERSON, *et al.*,<br><br>      Defendants. | Case No.: 1:20-cv-00592-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER, FAILURE TO STATE A COGNIZABLE CLAIM, AND FAILURE TO PROSECUTE<br><br>[ECF No. 14] |

      Plaintiff David Roberts is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 17, 2020, the Court screened Plaintiff's first complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 15.)  Although on June 29, 2020, Plaintiff filed a notice (self dated June 23, 2020) indicating that an amended complaint was submitted, no second amended complaint has been received and/or filed by the Court.  (ECF No. 16.)  Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed.  (Id.)  Plaintiff is warned that failure to comply with

///

///

///

1

this order will result in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **July 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE