# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN HENDERSON, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00592-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PENDING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 20, 21) |

Plaintiff David Roberts is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are Plaintiff's motions for an extension of time to file objections, filed September 1, 2020.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file objections to the pending Findings and Recommendations.

IT IS SO ORDERED.

Dated: **September 2, 2020**

UNITED STATES MAGISTRATE JUDGE

1