UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN HENDERSON, *et al.*,<br><br>          Defendants. | Case No.: 1:20-cv-00592-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER, FAILURE TO STATE A COGNIZABLE CLAIM, AND FAILURE TO PROSECUTE<br><br>[ECF No. 25] |

Plaintiff David Roberts is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 17, 2020, the Court screened Plaintiff's first complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 15.)

Plaintiff filed a first amended complaint on June 5, 2020. (ECF No. 14.) On June 17, 2020, 2020, the Court screened Plaintiff's first amended complaint and granted Plaintiff leave to file a second amended complaint. (ECF No. 15.)

Plaintiff failed to file a second amended complaint. Therefore, on July 27, 2020, the Court issued an order to show cause why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order. (ECF No. 17.) After Plaintiff failed to respond to the order to show cause, the Court issued Findings and Recommendations

1

to dismiss the action on August 11, 2020.  (ECF No. 18.)  Plaintiff filed objections to the Findings and Recommendations.  (ECF Nos. 23, 24.)  Therefore, on September 22, 2020, the Court vacated the Findings and Recommendations and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 25.)  Plaintiff has failed to comply with the Court's order and has not filed an amended complaint.

Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed.  (Id.)  <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated:   **November 2, 2020**

UNITED STATES MAGISTRATE JUDGE